# Exhibit 2

| Beneficiary | HICN | Med Record Location in CAR | Citation to MOCA Procedure |
|---|---|---|---|
| S.A. | | VOL 4 - pages 3519 - 3525 | VOL 4- pages 3522, 3524 |
| C.B. | | VOL 2 - pages 1492 - 1498 | VOL 2- pages 1496-1497 |
| D.B. | | VOL 3 - pages 1896 - 1906 | VOL 3 - pages 1899, 1902 |
| Z.B. | | VOL 2 - pages 1706 - 1713, VOL 3 1907 - 1914, VOL 4 3630 - 3637 | VOL 2- pages 1709-1710, VOL 3-pages 1910-1911, VOL 4- 3633-3634 |
| W.B. | | VOL 3 - pages 1915 - 1924 | VOL 3 - pages 1919, 1921 |
| J.B. | | VOL 2 - pages 1499 - 1507 | VOL 2 - pages 1502, 1505, 1506 |
| J.B. | | VOL 3 - pages 1925 - 1933 | VOL 3- pages 1929, 1930, 1931 |
| C.B. | | VOL 4 - pages 3526 - 3531 | VOL 4 - pages 3528, 3529 |
| K.B. | | VOL 4 - pages 3532 - 3543 | VOL 4- pages 3536- 3540 |
| K.C. | | VOL 4 - pages 3544 - 3550 | VOL 4 - pages 3547-3548 |
| E.C. | | VOL 2 - pages 1718 - 1727, VOL 4 3551 - 3564, 3638 - 3653 | VOL 2- pages 1719, 1721-22, 1726 |
| W.D | | VOL 2 - pages 1508 - 1512 | VOL 2- page 1511 |
| S.D. | | VOL 2 - pages 1513 - 1519 | VOL 2- pages 1515-1518 |
| C.D. | | VOL 4 - pages 3565 - 3573 | VOL 4- pages 3569-3570 |
| L.F. | | VOL 3 - pages 1934 - 1953 | VOL 3- pages 1936, 1938, 1940, 1943, 1945, 1947, 1950 |
| A.F. | | VOL 2 - pages 1520 - 1531 | VOL 2 - 1524-1526, 1528-9 |
| T.G. | | VOL 2 - pages 1532- 1537, 1728 - 1733 VOL 4 3654 - 3657 | VOL 2- pages 1732, 1536; VOL 4- page 3656 |
| W.G. | | VOL 2 - pages 1538 - 1555 | VOL 2- pages 1542, 1544, 1546, 1552 |
| G.H. | | VOL 4 - pages 3574 - 3578 | VOL 4- pages 3576-3577 |
| S.H. | | VOL 3 - pages 1954 - 1964 | VOL 3- pages 1958, 1961 |
| R.H. | | VOL 4 - pages 3579 - 3584 | VOL 4- page 3582 |
| B.I.P. | | VOL 2 - pages 1556 - 1561 | VOL 2- page 1559 |
| J.J. | | VOL 4 - pages 3438 - 3444, 3585 - 3587 | VOL 4- pages 3438, 3441 |
| S.J. | | VOL 2 - pages 1562 - 1567 | VOL 2- page 1565 |
| P.J. | | VOL 3 - pages 1965 - 1969 | VOL 3- pages 1968-1969 |
| E.K. | | VOL 3 - pages 1970 - 1975 | VOL 3- page 1973 |
| G.K. | | VOL 3 - pages 1976 - 1983 | VOL 3- page 1982 |
| J.L. | | VOL 4 - pages 3445 - 3454 | VOL 4- page 3449-3452 |
| D.L./M.D.L. | | VOL 2- pages 1568-1575 | VOL 2- pages 1572-4 |
| E.L. | | VOL 2 - pages 1576 - 1582 | VOL 2- pages 1579-80 |
| K.L. | | VOL 2 - pages 1583 - 1588 | VOL 2- pages 1586, 1588 |
| K.L. | | VOL 3 - pages 1984 - 1993 | VOL 3- pages 1986, 1989, 1991 |
| C.L. | | VOL 2 - pages 1589 - 1599 | VOL 2- pages 1593, 1596 |
| K.M. | | VOL 3 - pages 1994 - 2001 | VOL 3- pages 1997, 1999 |
| K.M. | | VOL 2 - pages 1600 - 1609 | VOL 2- pages 1603-1604, 1606 |
| P.M. | | VOL 2 - pages 1610 - 1618 | VOL 2- pages 1612-1613, 1616 |
| V.M. | | VOL 2 - pages 1619 - 1629 | VOL 2- pages 1623, 1625, 1627 |
| B.M. | | VOL 4 - pages 3455 - 3460 | VOL 4- pages 3458-3459 |
| H.M. | | VOL 2 - pages 1630 - 1635 | VOL 2- page 1633 |
| J.M. | | VOL 2 - pages 1636 - 1643 | VOL 2- pages 1639, 1641-1642 |
| J.M. | | no supporting medical records provided | |
| G.M. | | VOL 3 - pages 2002 - 2005 | VOL 3- pages 2004-2005 |
| P.M. | | VOL 2 - pages 1644- 1650 | VOL 2- page 1648 |
| J.P. | | [As CAR at 1789 shows, medical records for J.P. were submitted and reviewed. Records for J.P. are being located, but their omission does not alter Defendant's arguments.] | |

| Beneficiary | HICN | Med Record Location in CAR | Citation to MOCA Procedure |
|---|---|---|---|
| B.P. | | VOL 2 - pages 1649 - 1656 | VOL 2- page 1652 |
| E.P. | | VOL 4 - pages 3461 - 3466 | VOL 4- pages 3464-3465 |
| M.R. | | VOL 3 - pages 2006 - 2018 | VOL 3-pages 2008-2012, 2015-2016 |
| A.R. | | no supporting medical records provided | |
| B.R. | | VOL 2 - pages 1657 - 1667 | VOL- pages 1661, 1664 |
| W.R. | | VOL 3 - pages 1815 - 1825, 2033 - 2040 | VOL 3- pages 2034-2035, 2037-2038, 2040, 1816-1818, 1822 |
| W.S. | | VOL 2 - pages 1668 - 1676 | VOL 2- pages 1671, 1674 |
| E.S. | | VOL 3 - pages 1828 - 1832 | VOL 3- pages 1829-1830 |
| H.S. | | VOL 3 - pages 1833 - 1838 | VOL 3- pages 1836-1838 |
| E.S. | | VOL 2 - pages 1677 - 1682 | VOL 2- pages 1680-1681 |
| M.S. | | VOL 3 - pages 1839 - 1845 | VOL 3- pages 1841, 1843 |
| K.T. | | VOL 3 - pages 1846 - 1852 | VOL 3- pages 1849-1850 |
| S.T. | | VOL 3 - pages 1853 - 1860 | VOL 3- pages 1856-1859 |
| R.T. | | VOL 3 - pages 1861 - 1868 | VOL 3- pages 1864, 1866 |
| R.T. | | VOL 4 - pages 3467 - 3473 | VOL 4- pages 3471-3472 |
| N.W. | | VOL 4 - pages 3474 - 3483 | VOL 4- page 3477, 3480 |
| F.W. | | VOL 3 - pages 1869 - 1875 | VOL 3- page 1873-1875 |
| H.W. | | VOL 4 - pages 3484 - 3488 | VOL 4- page 3487 |
| D.W. | | VOL 2 - pages 1682 - 1692 | VOL 2- pages 1687, 1690 |
| R.W. | | VOL 3 - pages 1876 - 1885 | VOL 3- pages 1881-1883 |
| A.C. | | VOL 4 - pages 3489 - 3501 | VOL 4- page 3493, 3495, 3498 |
| L.W. | | VOL 4 - pages 3502 - 3508 | VOL 4- pages 3506-3507 |
| R.Y. | | VOL 2 - pages 1693 - 1704 | VOL 2- pages 1697, 1700 |
| D.Z. | | VOL 4 - pages 3509 - 3518 | VOL 4 - pages 3513, 3515, 3517 |
| M.Z. | | VOL 3 - pages 1886 - 1895 | VOL 3- Pages 1889, 1891-1893 |