# Exhibit 3

| Beneficiary | HICN | Redetermination | Reconsideration | ALJ Decision | Council Review |
|---|---|---|---|---|---|
| S.A. | | CAR 3837, 3845, 4464, 4472 | CAR 3711, 3727, 3735-3736 | CAR 3400-3413 | CAR 11-22 |
| C.B. | | CAR 379, 387, 833, 841 | CAR 254, 264, 270, 280, 286, 289 | CAR 164-178 | CAR 11-22 |
| D.B. | | CAR 2861, 2869 | CAR 239, 2148, 2167, 2182, 2193 | CAR 1771-1785 | CAR 11-22 |
| Z.B. | | CAR 2413, 2421, 2441, 2449 | CAR 2170, 2185, 2192 | CAR 1771-1785 | CAR 11-22 |
| W.B. | | CAR 2217, 2225, 2239, 2247 | CAR 2168, 2183, 2192 | AR 1771-1785 | CAR 11-22 |
| J.B. | | CAR 478, 486, 756, 764 | CAR 254, 263, 270, 279, 286, 289 | CAR 164-178 | CAR 11-22 |
| J.B. | | CAR 3055, 3063, 3150, 3158, | CAR 2170, 2185, 2194 | CAR 1771-1785 | CAR 11-22 |
| C.B. | | CAR 4105, 4113, 4527, 4535 | CAR 3711, 3727, 3736-3738 | CAR 3400-3413 | CAR 11-22 |
| K.B. | | CAR 3876, 3884, 3895, 3903, 4369, 4377, 4388, 4396, 4508, 4516, 4617, 4625 | CAR 3709-3710, 3725-2726, 3735-3736 | CAR 3400-3413 | CAR 11-22 |
| K.C. | | CAR 3770, 3778, 3808, 3816 | CAR 3711, 3727, 3735 | CAR 3400-3413 | CAR 11-22 |
| E.C. | | CAR 4048, 4056, 4201, 4209, 4293, 4301, 4445, 4453 | CAR 3711, 3727, 3735-3736 | CAR 3400-3413 | CAR 11-22 |
| W.D | | CAR 419, 427 | CAR 254, 264, 270, 280 | CAR 164-178 | CAR 11-22 |
| S.D. | | CAR 1264, 1272, 1283, 1291 | CAR 254, 263, 270, 279, 286, 281 | CAR 164-178 | CAR 11-22 |
| C.D. | | CAR 4489, 4497, 4601, 4609 | CAR 3709, 3725, 3736 | CAR 3400-3413 | CAR 11-22 |
| L.F. | | CAR 2784, 2792, 2803, 2811, 2822, 2830, 2841, 2849 | CAR 2170, 2185, 2193 | CAR 1771-1785 | CAR 11-22 |
| A.F. | | CAR 459, 467, 691, 699, 952, 960, 1147, 1155, 1167, 1175, 1476, 1484 | CAR 254, 262-263, 270, 278-279, 286, 289-291 | CAR 164-178 | CAR 11-22 |
| T.G. | | CAR 575, 583 | CAR 254, 265, 270, 281, 286, 289 | CAR 164-178 | CAR 11-22 |
| W.G. | | CAR 517, 525, 537, 545, 972, 980, 1303, 1311 | CAR 254, 265, 270, 281, 286, 289, 290-291 | CAR 164-178 | CAR 11-22 |
| G.H. | | CAR 3990, 3998, 4009, 4017 | CAR 3712, 3728, 3735 | CAR 3400-3413 | CAR 11-22 |
| S.H. | | CAR 2518, 2526 | CAR 2167, 2182, 2192-2193 | CAR 1771-1785 | CAR 11-22 |
| R.H. | | CAR 4028, 4036 | CAR 3710, 3726, 3735 | CAR 3400-3413 | CAR 11-22 |
| B.I.P. | | CAR 710, 718 | CAR 254, 262, 270, 278 | CAR 164-178 | CAR 11-22 |
| J.J. | | CAR 3751, 3759, 3914, 3922 | CAR 3711, 3727, 3735 | CAR 3400-3413 | CAR 11-22 |
| S.J. | | CAR 775, 783 | CAR 254, 264, 270, 280 | CAR 164-178 | CAR 11-22 |
| P.J. | | CAR 3014, 3022, 3351, 3359 | CAR 2167, 2170, 2182, 2185, 2194 | CAR 1771-1785 | CAR 11-22 |
| E.K. | | CAR 3284, 3292 | CAR 2169, 2184, 2194 | CAR 1771-1785 | CAR 11-22 |
| G.K. | | CAR 2632, 2640 | CAR 2167, 2182, 2193 | CAR 1771-1785 | CAR 11-22 |
| J.L. | | CAR 3971, 3979, 4331, 4339, 4350, 4358, 4426, 4434 | CAR 3710, 3726, 3735-3736 | CAR 3400-3413 | CAR 11-22 |

| Beneficiary | HICN | Redetermination | Reconsideration | ALJ Decision | Council Review |
|---|---|---|---|---|---|
| D.L. | | CAR 1010, 1018,1 1029, 1037, 1342, 1350 | CAR 254, 265, 270, 281, 286, 290-291 | CAR 164-178 | CAR 11-22 |
| E.L. | | CAR 794, 802, 1245, 1253 | CAR 254, 263, 270, 279, 286, 291 | CAR 164-178 | CAR 11-22 |
| K.L. | | CAR 497, 505, 1322, 1330 | CAR 254, 263-264, 270, 279-280, 286, 289, 291 | CAR 164-178 | CAR 11-22 |
| K.L. | | CAR 2356, 2364, 2375, 2383, 2394, 2402 | CAR 2169, 2184, 2192 | CAR 1771-1785 | CAR 11-22 |
| C.L. | | CAR 672, 680, 853, 861 | CAR 254, 263, 270, 279, 286, 290 | CAR 164-178 | CAR 11-22 |
| K.M. | | CAR 3036, 3044, 3131, 3139, | CAR 2169, 2184, 2194 | CAR 1771-1785 | CAR 11-22 |
| K.M. | | CAR 340, 348, 359, 367 | CAR 254, 262, 270, 278, 286, 289 | CAR 164-178 | CAR 11-22 |
| P.M. | | CAR 652, 660, 874, 882, 914, 922 | CAR 254, 264, 270, 280 286, 290 | CAR 164-178 | CAR 11-22 |
| V.M. | | CAR 594, 602, 613, 621, 737, 745 | CAR 254, 265, 270, 281, 286, 289 | CAR 164-178 | CAR 11-22 |
| B.M. | | CAR 4181, 4189, 4245, 4253 | CAR 3710, 3726, 3736 | CAR 3400-3413 | CAR 11-22 |
| H.M. | | CAR 1381, 1389 | CAR 254, 266, 270, 282, 286, 291 | CAR 164-178 | CAR 11-22 |
| J.M. | | CAR 556, 564, 814, 822, 1206, 1214, 1362, | CAR 254, 263, 270, 279, 286, 289-291 | CAR 164-178 | CAR 11-22 |
| J.M. | | CAR 632, 640 | | CAR 164-178 | CAR 11-22 |
| G.M. | | CAR 2258, 2266, 2280, 2288 | CAR 2170, 2185, 2192 | CAR 1771-1785 | CAR 11-22 |
| P.Mu | | CAR 933, 941 | CAR 254, 264, 270, 280 | CAR 164-178 | CAR 11-22 |
| J.P. | | CAR 991, 999, 1127, 1135, 1186, 1194 | CAR 254, 264, 270, 280, 286, 290-291 | CAR 164-178 | CAR 11-22 |
| B.P. | | CAR 302, 310 | CAR 254, 262, 270, 278, 286, 289 | CAR 164-178 | CAR 11-22 |
| E.P. | | CAR 3952, 3960, 4407, 4415 | CAR 3709, 3725, 3735-3736 | CAR 3400-3413 | CAR 11-22 |
| M.R. | | CAR 2670, 2678, 2689, 2697, 2708, 2918, 2926, 2937, 2945, 2956, 2964 | CAR 215, 240, 2149, 2168-2169, 2183-2184, 2193-2194 | CAR 1771-1785 | CAR 11-22 |
| A.R. | | CAR 2746, 2754, 2765, 2773 | CAR 2170, 2185, 2193 | CAR 1771-1785 | CAR 11-22 |
| B.R. | | CAR 439, 447, 894, 902 | CAR 254, 266, 270, 282, 286, 289 | CAR 164-178 | CAR 11-22 |
| W.R. | | CAR 2651, 2659, 2716, 2727, 2735, 2975, 2983, 3074, 3082, 3093, 3101 | CAR 215, 239, 2148, 2184, 2193 | CAR 1771-1785 | CAR 11-22 |
| W.S. | | CAR 1049, 1057, 1068, 1076 | CAR 254, 262, 270, 278, 286, 290 | CAR 164-178 | CAR 11-22 |
| E.S. | | CAR 2318, 2326, 2337, 2345 | CAR 2182, 2192 | CAR 1771-1785 | CAR 11-22 |
| H.S. | | CAR 2994, 3002, 3207, 3215, 3226, 3234, | CAR 2168, 2183, 2194 | CAR 1771-1785 | CAR 11-22 |
| E.S. | | CAR 321, 329 | CAR 254, 262, 270, 278, 286, 289, 2167 | CAR 164-178 | CAR 11-22 |
| M.S. | | CAR 2594, 2602, 2765 | CAR 2167, 2170, 2182, 2185, 2193 | CAR 1771-1785 | CAR 11-22 |
| K.T. | | CAR 2299, 2307 | CAR 2170, 2185, 2192 | CAR 1771-1785 | CAR 11-22 |
| S.T. | | CAR 2537, 2545, 2556, 2564, 2575, 2583 | CAR 2168, 2183, 2193 | CAR 1771-1785 | CAR 11-22 |
| R.T. | | CAR 3245, 3253, 3264, 3272, | CAR 2184, 2194 | CAR 1771-1785 | CAR 11-22 |
| R.T. | | CAR 4264, 4272, 4312, 4320 | CAR 3709, 3725, 3736 | CAR 3400-3413 | CAR 11-22 |
| N.W. | | CAR 3857, 3865, 4067, 4075 | CAR 3710, 3726, 3735-3736 | CAR 3400-3413 | CAR 11-22 |

| Beneficiary | HICN | Redetermination | Reconsideration | ALJ Decision | Council Review |
|---|---|---|---|---|---|
| F.W. | | CAR 2613, 2621, 2899, 2907 | CAR 2168, 2183, 2193 | CAR 1771-1785 | CAR 11-22 |
| H.W. | | CAR 4162, 4170 | CAR 3726, 3736 | CAR 3400-3413 | CAR 11-22 |
| D.W. | | CAR 399, 407, 1226, 1234 | CAR 254, 265-266, 270, 281-282, 286, 289, 291 | CAR 164-178 | CAR 11-22 |
| R.W. | | CAR 2460, 2468, 2479, 2487, 2498, 2506 | CAR 2167, 2182, 2192 | CAR 1771-1785 | CAR 11-22 |
| A.C. | | CAR 4226, 4234 | CAR 3709, 3725 | CAR 3400-3413 | CAR 11-22 |
| L.W. | | CAR 3789, 3797, 4143, 4151 | CAR 3709, 3725, 3735-3736 | CAR 3400-3413 | CAR 11-22 |
| R.Y. | | CAR 1088, 1096, 1108, 1116, 1460, 1468 | CAR 254, 263, 270, 279 | CAR 164-178 | CAR 11-22 |
| D.Z. | | CAR 3933, 3941, 4086, 4094, 4124, 4132 | CAR 3711-3712, 3727-3728, 3735-3736 | CAR 3400-3413 | CAR 11-22 |
| M.Z. | | CAR 2880, 3112, 3120, 3169, 3177, 3188, 3196 | CAR 2167-2168, 2182-2183, 2193-2194 | CAR 1771-1785 | CAR 11-22 |