IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VEIN & WELLNESS GROUP, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:22-cv-00397-JMC |
| XAVIER BECERRA, in his capacity as Secretary of the United States Department of Health and Human Services, | ) ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF CERTIFIED ADMINISTRATIVE RECORD

Defendant hereby notifies this Court that the complete Certified Administrative Record ("CAR") was provided to Plaintiff's counsel on June 3, 2022 via USAfx, the government's electronic file sharing system. A hard copy of the CAR will be provided to the Court alongside the courtesy copy of Defendant's Motion for Summary Judgment (ECF No. 18).

Respectfully submitted,

Erek L. Barron
United States Attorney

_____/s/_____
Kimberly S. Phillips
Assistant United States Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles St., 4th Fl.
Baltimore, Maryland 21201
Kimberly.Phillips@usdoj.gov