IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VEIN & WELLNESS GROUP, LLC,<br><br>    *Plaintiff,*<br><br>    v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>    *Defendant.* | Case No. 1:22-cv-00397-JMC |

**DECLARATION OF JAMES C. PISTORINO, ESQ. IN SUPPORT OF CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, James C. Pistorino, hereby declare under penalty of perjury the following:

1.      I am over the age of eighteen and I have personal knowledge of the facts and information set forth below.  If called upon to do so, I could testify competently to these matters.

2.      I am an attorney at the Parrish Law Offices in Menlo Park, California, and represent Plaintiff Vein & Wellness Group, LLC in the underlying OMHA appeals.

3.      Attached as **Exhibit A** is a true and correct copy of the final decision issued by ALJ Andrea Barraclough in the OMHA Appeal No. 3-5707304310 dated July 21, 2021.

4.      Attached as **Exhibit B** is a true and correct copy of the final decision issued by ALJ Andrea Barraclough in the OMHA Appeal No. 3-5712725520 dated September 14, 2021.

5.      Attached as **Exhibit C** is a true and correct copy of the is a true and correct copy of the final decision issued by ALJ Andrea Barraclough in the OMHA Appeal No. 3-5702338364 dated September 30, 2021.

- 2 -

    I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and accurate, and that this Declaration was executed on June 27, 2022.

Dated: June 27, 2022

/s/James C. Pistorino
James C. Pistorino (CA Bar No. 226496)
PARRISH LAW OFFICES
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043
Facsimile: (412) 561-6253
james@dparrishlaw.com