# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**VEIN & WELLNESS GROUP, LLC**,　　　*

*Plaintiff*,　　　*

v.　　　*　　　Civil Case No: 1:22-cv-00397-JMC

**XAVIER BECERRA**, in his official
capacity as Secretary of the United States　　　*
Department for Health and Human Services,
　　　*

*Defendant.*

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 14th day of October 2022, hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment (ECF No. 18) is **GRANTED**;

2. Plaintiff's Cross-Motion for Summary Judgment (ECF No. 24) is **DENIED**;

3. Defendant's Motion for Leave to File Surreply (ECF No. 32) is **DENIED**; and

4. The final administrative decision of the Medicare Appeals Council is **AFFIRMED.**


October 14, 2022　　　　　　　　　　　　　　／s／
Date　　　　　　　　　　　　　　　　　J. Mark Coulson
　　　　　　　　　　　　　　　　　United States Magistrate Judge